BERNARD P. CURRIER and FAITH CURRIER, by Her Guardian ad Litem BERNARD P. CURRIER, Respondents, v. G. H. STATTEL, INC., and JOHN J. STATTEL, Appellants.— Action by infant plaintiff to recover damages for personal injuries, alleged to have been sustained when she was struck by the corporate defendant's auto truck, operated by the individual defendant, and by her father for loss of services and medical expenses. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

MARK DEVINE, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— In an action for personal injuries alleged to have been sustained by plaintiff when he was boarding defendant's trolley car, plaintiff recovered a judgment. Judgment reversed on the facts, and a new trial granted, with costs to appellant to abide the event. In our opinion the verdict is against the weight of the evidence. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.